UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

-against-

Steven Mejia,

Defendant.

**ORDER DENYING MOTION TO SEAL CONVICTION PURSUANT TO CPL §160.59**

10 Cr. 517 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Steven Mejia moved to seal his federal conviction pursuant to New York Criminal Procedure Law § 160.59. The motion is DENIED.

Section 160.59 provides a mechanism for sealing certain convictions for offenses defined under New York State law. It does not authorize the sealing of a federal conviction, and this Court therefore cannot grant the relief Defendant seeks pursuant to that statute. Accordingly, Defendant's motion to seal is DENIED.

SO ORDERED.

Dated: September 29, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge